TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00743-CR






Jack Patton, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT


NO. CR 5320, HONORABLE V. MURRAY JORDAN, JUDGE PRESIDING






O R D E R



The opinion and judgment in this cause filed January 23, 2004, are withdrawn and
the appeal is reinstated. The district clerk is instructed to immediately prepare and file a
supplemental clerk's record containing the notice of appeal filed below on October 9, 2003. 
Appellant's motion for rehearing is dismissed.

It is ordered February 5, 2004.



 __________________________________________

 Bob Pemberton, Justice

Before Justices Kidd, Puryear and Pemberton

Do Not Publish